IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STEVEN HEINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. SA-06-CA-240-FB |
| ) | |
| ASSET ACCEPTANCE LLC, and ) | |
| MARGO DAVIS, ) | |
| ) | |
| Defendants. ) | |

FILED
APR 2 0 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY CLERK

## JUDGMENT

The Court considered the Judgment to be entered in the above-styled and numbered cause. Pursuant to the Order Accepting the Memorandum and Recommendation Regarding Defendants' Motion for Summary Judgment (docket no. 27) issued by the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED and DECREED that the Memorandum and Recommendation Regarding Defendants' Motion for Summary Judgment (docket no. 27) of the United States Magistrate Judge is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that defendants' motion for summary judgment (docket no. 21) is GRANTED and summary judgment is entered in favor of defendants on all plaintiff's claims.

IT IS FURTHER ORDERED that the above-styled and numbered cause is DISMISSED With PREJUDICE. Motions pending with the Court, if any, are dismissed as moot.

It is so ORDERED

SIGNED this _____ day of April, 2007.

FRED BIERY
UNITED STATES DISTRICT JUDGE